IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| ANTHONY DEWAYNE MOORE and RHONDA GAIL MOORE,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>COLBERT COUNTY CIRCUIT COURT, *et al.*,  )<br><br>Defendants.  ) | Case No. 3:09-cv-02343-RRA |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 30, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B). Although the plaintiffs were advised of their option to file specific written objections within fifteen days, they have failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTE**D and the recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B). A Final Judgment will be entered.

**DATED** this 5th day of February, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE